UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARIF REZAZADEHSABER,

        Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES ET AL.,

        Defendants.

22-cv-3599 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should advise the Court, by July 8, 2022, whether the defendants have been properly served pursuant to Federal Rule of Civil Procedure 4(i) and, if so, the deadline by which each defendant must respond to the Complaint in accordance with the Federal Rules of Civil Procedure.

    The conference scheduled for **July 17, 2022**, is canceled.

SO ORDERED.

Dated:   New York, New York
           June 28, 2022

                                          John G. Koeltl
                                   United States District Judge